# IN THE UNITED STATES DISTIRCT COURT
# FOR THE NORTHERN DISTRICE OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CHRISTOPHER LAMONT LEWIS,** )  | |
| **Plaintiff,** ) | |
| vs. ) | **CASE NO: 4:16-cv-00254-ACA-HNJ** |
| **CLARENCE THOMAS "TOMMY" JOHNSON,** ) | |
| **Defendant.** ) | |

## RESPONSE TO COURT ORDER

Comes now the Alabama Department of Corrections, in response to this Court's Order of September 11, 2018, (Doc. 34) and states as follows. Pursuant to Ala. Code §15-18-170, *et seq*., the Alabama Department of Corrections does not maintain the addresses of individuals once they are admitted into the Community Corrections Program. The community corrections program having the custody of the individual would have contact information.[1] Accordingly, the Alabama Department of Corrections cannot provide the Court with the requested address.

Respectfully submitted this 21st day of September, 2018.

/s/ Gary L. Willford, Jr.
Gary L. Willford, Jr. (WIL198)
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
334-353-3888

---

[1] The address of the relevant community corrections program in this case was included in the Court's Order. (Doc 34.)

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 21st day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

LeRome Brantley  
AIS#224918  
Fountain Correctional Facility  
9677 AL Highway 21 North  
Atmore, AL 36502

                                        /s/ Gary L. Willford, Jr.  
                                        Gary L. Willford, Jr. (WIL198)  
                                        Assistant Attorney General