16-254-ACA

Christopher LaMont Lewis
September 23, 2018

To whomever this concerns:

I am writing the court to explain and inform that I was released from Etowah County Jail in Feb. 2018 (22nd). Released to custody of Fort Payne City (AL) the same day, Feb. 22. Released then, seven (7) days later into custody of Escambia County (Pensacola, FL). I was then in custody of Escambia County for approx. (4) months, until July (late July). I arrive back home in Gadsden, AL, August 02, 2018. August 27, I was arrested for (disorderly conduct) arguing with drunken neighbor. After running my name and SSN, I was placed in patrol car and escorted to jail. Later charged with: Public Intoxication, Resisting Arrest, Possession of Salvia + Drug Paraphenelia. I am now in custody of Etowah County with No Bond on a Comm. Corrections Violation for misdemeanor charges ONLY! My next court date is November 15, 2018.
The court can correspond with me @ 827 Forrest Ave, Gadsden, AL 35901 through November 15, 2018.

Note: Please enter alternate/permanent address for Plaintiff @ 206 Edison Rd. (Noccalula Mtn.), Gadsden, AL 35904. This is my Aunt's address - Homeowner. My only communicative local family member. Healthy relationship.

Chris Lewis